UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| THOMAS MARTIN MULLINS, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Case No. |
| | ) | 7:18-cv-002-JMH |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| NANCY A. BERRYHILL, ACTING | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
|     Defendant. | ) | |

\*\*\*

In accordance with the Court's Memorandum Opinion and Order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Commissioner's decision denying Plaintiff's disability claim is **AFFIRMED**;

(2) Judgment is **ENTERED** in favor of the Defendant Commissioner;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(5) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 18th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge